UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　)<br>ALEJANDRO BARRAGAN-ALVAREZ )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant(s)　　　　　　)<br>_____) | CRIMINAL NO. 08mj1862<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

ALEJANDRO BARRAGAN-ALVAREZ
(named on MW Complaint)

DATED: 7/23/8

**Leo S. Papas**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
　　　　by J. Jarabek
　　　　　　　Deputy Clerk

**J. JARABEK**